■ In the Matter of BRONX TOWING LINE, INC., Petitioner, v STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondent. — Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court at Special Term, entered in Albany County) to review a determination of the State Tax Commission which sustained a sales and use tax assessment imposed under articles 28 and 29 of the Tax Law. ¶ Determination confirmed, and petition dismissed, without costs (see Matter of Callanan Mar. Corp. v State Tax Comm., 98 AD2d 555). Kane, J. P., Main, Yesawich, Jr., and Harvey, JJ., concur.